**E-Filed 1/10/2007**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN SCHRADER,<br><br>                Petitioner,<br><br>    v.<br><br>BEN CURRY, Warden,<br><br>                Respondent. | Case Number C 06-6647 JF<br><br>ORDER[1] GRANTING MOTION TO TRANSFER VENUE<br><br>[re: docket no. 9] |

    Petitioner currently is in the custody of the California Department of Corrections at the Correctional Training Facility, Soledad, in Monterey County, California. Petitioner filed a petition for writ of habeas corpus on October 25, 2006. The Court issued an order to show cause on November 8, 2006. On December 6, 2006, Respondent moved to transfer venue to the Eastern District of California. No opposition has been filed.

    Habeas L.R. 2254-3(a) provides:

The following noncapital petitions for writs of habeas corpus shall be filed in this District:
(1) Petitions challenging the lawfulness of a conviction or sentence for which the petitioner was convicted and sentenced in the following counties: Alameda,

---

[1] This disposition is not designated for publication and may not be cited.

Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz and Sonoma; or (2) Petitions challenging the manner in which the sentence is being executed, such as loss of good time credits, where the petitioner is confined in an institution located in a county listed in Habeas L.R.2254-3(a)(1) at the time the petition is filed.

Petitioner was convicted of second degree murder in the Calaveras County Superior Court. Petition 7. Petitioner asks the Court to set aside his conviction on the ground that it was obtained as a result of the ineffective assistance of counsel. Petition 2. Because the conviction occurred in Calaveras County, this district is not the proper venue for such a challenge. Habeas L.R. 2254-3(a)(1).

Petitioner does not challenge the manner in which his sentence is being executed. Accordingly, Petitioner's confinement in Monterey County does not make this district the appropriate venue for the instant petition under Habeas L.R. 2254-3(a)(2).

Habeas L.R. 2254-3(b)(1) requires the Court to transfer the petition to the district of conviction. In the instant case, the district of conviction is the Eastern District of California.

Good cause appearing, IT IS HEREBY ORDERED that the motion to transfer venue is GRANTED. The Clerk shall close this case administratively and transfer venue to the Clerk of the United States District Court for the Eastern District of California. The Court's order to show cause, filed on November 8, 2006, is withdrawn.

DATED: January 10, 2007.

_____
JEREMY FOGEL
United States District Judge

Case No. C 06-6647 JF
ORDER GRANTING MOTION TO TRANSFER VENUE
(JFLC1)

2

1 | This Order has been served upon the following persons:

2 | Steve M. Defilippis        flipsmd2005@yahoo.com

3 | Gregory A. Ott             gregory.ott@doj.ca.gov, ECFCoordinator@doj.ca.gov;
                                DocketingSFAWT@doj.ca.gov; cherryl.crisostomo@doj.ca.gov;
4 |                            delia.desuyo@doj.ca.gov; maricris.argarin@doj.ca.gov;
                                sandee.agustin@doj.ca.gov
5 |
  | Notice will be delivered by other means to:
6 |
  | Traci S. Mason
7 | Picone & DeFilippis, APLC
  | 625 N. First Street
8 | San Jose, CA 95112

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 06-6647 JF
ORDER GRANTING MOTION TO TRANSFER VENUE
(JFLC1)